UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    CV 2:26-06372-MCS (RAO)                    Date:  July 16, 2026

Title    Ricardo Javier Garcia Rogel v. Ernesto Santacruz, et al.

Present:  The Honorable Rozella A. Oliver, United States Magistrate Judge

| C. Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Petitioner:
N/A

Attorneys Present for Respondent:
N/A

**PROCEEDINGS:**   (In Chambers) **ORDER WITHDRAWING REPORT AND RECOMMENDATION [10] AND SETTING BRIEFING SCHEDULE**

On June 12, 2026, Petitioner, a non-citizen in immigration custody and represented by counsel, filed the instant petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Dkt. No. 1.  The parties briefed the petition, adhering to the briefing schedule set forth in General Order 26-05.  *See* Dkt. No. 5.  The Court issued a Report and Recommendation on July 8, 2026 (the "Report"), recommending that the petition be denied without prejudice for failure to exhaust administrative remedies.  Dkt. No. 10.  On July 9, 2026, Petitioner filed a First Amended Petition.  Dkt. No. 11.  The same date, Petitioner filed objections to the Report.  Dkt. No. 12.

Rule 15(a)(1) permits a petitioner to amend his pleading once as a matter of course within 21 days of service of the petition or service of a responsive pleading or motion to dismiss by a respondent.  Fed. R. Civ. P. 15(a)(1).  Moreover, courts should "freely give leave when justice so requires."  Fed. R. Civ. P. 15(a)(2).  Accordingly, the First Amended Petition shall be the operative pleading in this action.

The filing of the First Amended Petition renders the Report moot and thus the Court WITHDRAWS the Report.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    CV 2:26-06372-MCS (RAO)                     Date:  July 16, 2026

Title       Ricardo Javier Garcia Rogel v. Ernesto Santacruz, et al.

General Order 26-05 permits the Court to modify the briefing schedule as circumstances require.  To allow the parties more time to fully brief the merits of the claims raised in the First Amended Petition, the Court sets the following briefing schedule:

- Respondents shall file an Answer to the First Amended Petition by **August 17, 2026**.
- Petitioner may file a Traverse to Respondents' Answer **within 30 days** of the date of service thereof.

Thereafter, the matter shall be deemed submitted.

**IT IS SO ORDERED.**

_____ : _____
Initials of Preparer      cd

---

CV-90 (05/15)              CIVIL MINUTES – GENERAL                  Page 2 of 2